```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION


LAURIE BORDOCK,                                    PLAINTIFF


v.                      Case No. 14-2035


WALMART STORES, INC.                               DEFENDANT
```

### ORDER

Currently before the Court is the report and recommendation filed in this case on July 27, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. (Doc. 10). No objections were filed to the report and recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 9th day of September, 2014.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```